STATE OF CONNECTICUT *v.* THEODORE L. BROWN

The application by the defendant for a stay of execution is denied.

*Arthur B. LaFrance,* in support of the application.

Submitted December 26, 1968—decided January 8, 1969

KAREN L. IVEY *v.* ARTHUR R. IVEY

The motion by the plaintiff to stay the defendant's appeal from the Superior Court in Fairfield County is denied.

*Helen F. Krause,* on the motion.

Submitted January 10—decided January 22, 1969

STATE OF CONNECTICUT *v.* RUDOLPH SAAVEDRA

The application by the defendant for a stay and for admission to bail is denied.

*Zbigniew S. Rozbicki,* in support of the application.

Submitted January 14—decided January 22, 1969

BROTHERS, INC. *v.* ANSONIA REDEVELOPMENT AGENCY

The motion by the plaintiff for continuance to the March, 1969, term of the argument of the appeal from the Superior Court in New Haven County is denied.

*Irwin E. Friedman,* on the motion.

Submitted January 20—decided January 22, 1969